No. 74–890.   DUDLEY ET UX. *v.* GRUT ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 74–894.   RYAN *v.* INDIANA.   Ct. App. Ind.   Certiorari denied.

No. 74–897.   STONER ET AL. *v.* VENDO Co.   Sup. Ct. Ill.   Certiorari denied.

No. 74–898.   POTTER, DBA RFI SHIELD-ROOMS *v.* CHRISTENSEN & FOSTER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 74–905.   HENNEPIN BROADCASTING ASSOCIATES, INC., DBA RADIO STATIONS KTCR/AM, ET AL. *v.* AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ET AL. Sup. Ct. Minn.   Certiorari denied.

No. 74–908.   KERR STEAMSHIP Co., INC., ET AL. *v.* CITY OF GALVESTON.   C. A. 5th Cir.   Certiorari denied.

No. 74–909.   J. HOWARD SMITH, INC., ET AL. *v.* THE MARANON ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 74–911.   JONES ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–917.   GORDON, ADMINISTRATOR *v.* DAHL, ADMINISTRATRIX, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 74–918.   ELLIS ET AL. *v.* HARADA ET AL.   Sup. Ct. Haw.   Certiorari denied.